No. 91–1585.  THOMPSON ET VIR v. PEOPLES LIBERTY BANK ET AL., 504 U. S. 941; and

No. 91–1627.  MITCHELL ET UX., AS NEXT FRIENDS FOR MITCHELL, A MINOR v. METROPOLITAN LIFE INSURANCE CO., 504 U. S. 941.  Motions of petitioners for leave to proceed further herein *in forma pauperis* granted.  Petitions for rehearing denied.

No. 91–1673.  CONNORS v. HOWARD JOHNSON CO., 504 U. S. 916. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Motion for leave to file petition for rehearing denied.

No. 91–8421.  BUSH v. UNITED STATES, 505 U. S. 1227.  Motion of petitioner for leave to file petition for rehearing out of time denied.

OCTOBER 13, 1992

No. 91–7800.  CHEW-VILLASANA v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of the decision in *Texas* v. *Chew* (County Court of Duval County, Feb. 26, 1992).

No. 92–26.  REED v. DRUMMOND, TRUSTEE.  C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Patterson* v. Shumate, 504 U. S. 753 (1992).

No. 92–90.  VIRTUAL MAINTENANCE, INC. v. PRIME COMPUTER, INC.  C. A. 6th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Eastman Kodak Co.* v. *Image Technical Services., Inc.*, 504 U. S. 451 (1992).